IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02184-RPM

DAVID HARRIMAN,

    Plaintiff,

v.

CABELA'S INCORPORATED d/b/a CABELA'S;
GRIZZLY BEAR ARCHERY, LLC d/b/a BEAR ARCHERY,

    Defendants.
_____

ORDER OF DISMISSAL
_____

On December 16, 2013, this Court entered an Order to Show Cause for lack of service. No response having been filed, it is

ORDERED that this case is dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED: March 7th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge